**SO ORDERED.**

**SIGNED this 17 day of May, 2013.**



_____
**John T. Laney, III**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In Re:   Corey Darian Williams
7868 U.S. Hwy 19 South
Thomasville, GA 31757

XXX-XX-6250

CHAPTER 13

Case Number: 11-71819-JTL

ORDER ON TRUSTEES MOTION TO DISMISS

The Trustee's motion to dismiss in the above referenced case having been considered, the same is hereby

DENIED on the conditions that the Debtor(s) make all future payments to the Trustee in a timely manner

and the Debtor(s) raise payments to $440.00 per MONTH for the balance of the plan.

Upon failure to strictly comply with any term hereof the Trustee shall advise the Court and the case will be dismissed without further notice or hearing.

END OF DOCUMENT

/s/  Kristin Hurst

Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com